IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

FEB 1 2 2018

Clerk, U.S. District Court
By _____ Deputy Clerk

MARIE A. ANDERSON )
368 N. ERIE )
WICHITA, KS 67214 )
(Enter above the full name of the Plaintiff(s)) )
)
vs. PISTOTNIK LAW )  Case Number 18-cv-1048-EFM-GEB
)
BRIAN R. Collignon )
Name )
2831 EAST Central )
Street and number )
Wichita         KS.        67214 )
City           State        ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.  Name of plaintiff MARIE A. ANDERSON

   Address 368 N. ERIE

   _____ WICHITA KS 67214 _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant (Elizabeth L. Henry) HENRY AND MATHEWSON ATTORNEYS AT LAW, 310 W. CENTRAL SUITE 205 WICHITA, KS 672 2 is

employed at Henry And Mathewson P.A.

310 W Central Suite 205, Wichita KS.

C. Additional Defendants Daryanne Nicole Ott

5140 East Harry St.

Wichita, KS

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of Kansas.

2. The first-named defendant above is either

　　a. a citizen of the State of Kansas ; or

　　b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

　　a. a citizen of the State of Kansas ; or

　　b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

**A.** (If Applicable) Diversity of citizenship and amount:

    Plaintiff is a citizen of the State of __Kansas__.

4    The ~~above~~-named defendant above is either

        a. a citizen of the State of __Kansas__; or

        b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

B.  (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title 42, Section 21.

☐ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3. Other grounds (specify and state any statute which gives rise to such grounds):

_____
_____
_____

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

2/12/16 DEFENDANT DARYANNE OTT DID RUN RED LIGHT HITTING MY VEHICLE AND FLIPPING IT OVER. CRUSHING AND ROLLING OVER MANY TIMES I HAVE ONLY BEEN COMPENSATED FOR VEHICLE NOTHING ELSE IN TWO. I HAVE ON GOING PSYSICAL, EMOTIONAL, FINANCIAL SUFFERING AND HARDSHIPS AS A RESULT OF THE ACCIDENT AS WELL AS MEMBERS OF MY FAMILY.

6/20/17 DEFENDANT HENRY AND MATHEWSON ELIZABETH L. HENRY DID UNLAWFULLY TERMINATING CONTRACT BASED ON FRIVOLOUS AND SLANDEROUS REPORTS FROM THE OPPOSING COUNCIL.

1/27/18 DEFENDANT BRIAN R. COLLIGNAN WITH INTENTION DID ATTEMPT TO RUN STATUTE OF LIMIT OUT AND RECOMENDING ACCEPTANCE OF LOW OFFER.

IV. Relief: ASTOPNIK LAW (State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.) MY FAMILY IS PLAGUED DAILY BY HARASSING PHONE CALLS

I AM PLEADING THAT THE COURT WOULD AGREE TO THE RELEIFE THAT I AM LEGALLY ENTITLED TO AS TO THE GOVERNING LAWS. I HAVE NOT RECEIVED ANYTHING EXCEPT A VEHICLE DUE TO THE MISHANDLING BY OTHERS.

_____

_____

_____

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑ No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☑ No ☐

VII. Do you claim punitive monetary damages? Yes ☑ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I AM ENTITLED TO THE FULL AMOUNT BY LAW FOR SUSTAINED INJURIES. I DID NOTHING TO CAUSE THIS ACCIDENT YET I AM BEING TORMENTED DUE TO THE ACTIONS OF OTHERS FOR WHAT EVER THE REASON. EACH DEFENDANT AGREED UPON AND EACH REPRESENTED A CONTRACT TO COMPENSATE, WHICH THEY DID NOT HONOR

$75,000°° - $250,000°° PER DEFENDANT

DEFENDANT DARYANNE OTT Her INSURANCE SHOULD HAVE COMPENSATED, FOR THE ACCIDENT BUT IT DID NOT.

HENRY AND MATHEWSON DEFENDANT ELIZABETH L. HENRY: SHOULD ATTORNEYS AT LAW

HAVE ACQUIRED COMPENSATION FOR ACCIDENT SHE DID NOT

PISTOTNIK LAW & DEFENDANT BRIAN Collignon SHOULD HAVE ACQUIRED COMPENSATION BUT DID NOT

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐ No ☑

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

THE REPRESENTATION (HIRED) HAVE TAKEN SHORT OF THE LEGAL CONTRACTS WHICH THEY BROKE, THUS THIS IS FIRST FILING - VIOLATION OF THE 5TH

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_Marie A. Anderson_
Signature of Plaintiff

MARIE ANDERSON-MOORE
Name (Print or Type)

368 N. ERIE WICHITA, KS 67214
Address

5

<u>Wichita Ks.</u>   <u>67214</u>
City    State    Zip Code

<u>(316)    -2492</u>
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X] Wichita, [ ] Kansas City, or [ ] Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

*Marie A. Anderson*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [ ] Yes or [X] No }
(Select One)

*Marie A. Anderson*
Signature of Plaintiff

Dated: 2/12/18
(Rev. 10/15)